LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL. (917) 974-1781
FAX (212) 208-2981

MEMO ENDORSED

TEL. (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

February 6, 2021

*2/8/21*

*Mr. Turano is appointed to represent Ramirez nunc pro tunc to January 15, 2021. Counsel may take the time he needs to confer w/ deft and prepare papers in support of motion for Comp. Release.*

*Colleen McM.*

**Via ECF**
Honorable Chief District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Ray Anthony Ramirez,
      98 Cr. 927

Dear Chief Judge McMahon:

        Pursuant to the Court's request, I have been in contact with Mr. Ramirez. I write to request that I be appointed *nunc pro tunc* to January 15, 2021, so that I may submit a CJA voucher for the work performed in connection with Mr. Ramirez's motion for compassionate release.

        I request that I be provided ample time to confer with Mr. Ramirez to continue to cofer with him and obtain medical records to supplemental his *pro se* compassionate release motion.

        I thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    /s/ *Stephen Turano*

                                    Stephen Turano

cc:  Andrew Chan, AUSA (via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/21